[No. 17744–3–I.   Division One.   September 28, 1987.]

*In the Matter of the Estate of*
EUGENE STRAHM.

MILDRED A. STRAHM, *Appellant,* v. FRANCIS A. STRAHM,
*as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–4–01882–1, Donald D. Haley, J., entered December 12, 1985. *Reversed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Callow and Stewart, JJ. Pro Tem.

[No. 17347–2–I.   Division One.   September 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE JOE
BUSH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02273–1, Frank J. Eberharter, J., entered October 18, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.

[No. 18533–1–I.   Division One.   September 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FLOYD ALLEN
SHAFER, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03254–0, Terrence A. Carroll, J., entered May 22, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman and Grosse, JJ.